# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of August, two thousand and eleven.

_____

WILLIE MALONE, DESIREE WILSON, EVA LEE, OLIVIA WILSON, SHERRE WILSON, ANGEL HERNANDEZ, NYTRICHA SMITH, DANIEL PAULINO,

   *Plaintiffs-Appellants*,

       v.

NEW YORK PRESSMAN'S UNION NUMBER 2, NYP HOLDINGS INC.,

   *Defendants-Appellees.*

**ORDER**

Docket No.: 11-2599

_____

IT IS HEREBY ORDERED that the motion by Appellee New York Pressman's Union Number 2 for leave to file a supplemental appendix is GRANTED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk

